UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELVIN NAHIN MARTINEZ-VELASQUEZ,<br><br>Defendant. | CASE NO. MJ26-562<br><br><br><br>DETENTION ORDER |

Offense charged: Illegal Alien in Possession of a Firearm

Date of Detention Hearing: September 8, 2026.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is charged by Complaint with the offense listed above. He was not

interviewed by Pretrial Services, so much of his background is unknown or unverified. He is a native of Honduras. He does not contest entry of a detention order at this time.

2. Defendant poses a risk of nonappearance based on unknown or unverified background information. Defendant poses a risk of danger based on the nature and circumstances of the alleged offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 8th day of September, 2**026.**

Mary Alice Theiler
United States Magistrate Judge